**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01037-NYW

The Bank of Utah, not in its individual Capacity but solely as Owner Trustee of The 198 Trust
Agreement dated  December 15, 2010, and any amendments thereto,

Plaintiff,

v.

CAAMS, LLC,
Everette C. Mash III,

Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING**
**DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the
Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate
Judges.  The parties are expected to become familiar with the Pilot Program.

IT IS ORDERED:

1.   The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**July 16, 2015 at 10:30 a.m.**

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street,
Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United
States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR
83.2(b).

2.   A copy of the instructions for the preparation of a scheduling order and a form of
scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The
parties or their counsel shall submit their proposed scheduling order, pursuant to District of
Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed
scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or
before seven days prior to the Scheduling Conference:

**July 9, 2015**

3. The parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**July 9, 2015**

DATED: June 25, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge