IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  15-cv-01037-RBJ | Date: August 19, 2015 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| THE BANK OF UTAH, not in its individual capacity but solely as Owner Trustee of The 198 Trust Agreement dated December 15, 2010, and any Amendments thereto, <br><br>      Plaintiff, <br><br> v. <br><br> CAAMS, LLC, and <br> EVERETTE C. MASH, III, <br><br>      Defendants. | Jon Olafson |

## COURTROOM MINUTES

**HEARING ON DAMAGES**

Court in Session:  2:37 p.m.

Appearance of counsel for Plaintiff.  No appearance by Defendants.

Mr. Olafson presents argument and answers questions of the Court.

**ORDERED:** [19] Plaintiff's Motion for Default Judgment Against All Defendants is **GRANTED**.  Default judgment shall enter against defendants in the amount of $4,812,228.52.  Counsel shall submit a proposed order consistent with those numbers.

Court in Recess:  3:15 p.m.          Hearing concluded.          Total time in Court:   00:38